FILED - GR
November 5, 2026 12:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 11.6

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Division

JULIUS TYRONE MOORE

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

10TH DISTRICT COURT FOR COUNTY OF CALHOUN,

CLERK OF COURT

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:26-cv-3177
Phillip J. Green
U.S. Magistrate Judge

## COMPLAINT AND REQUEST FOR INJUNCTION

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the infomation below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JULIUS TYRONE MOORE |
| Street Address | 185 E. Michigan Ave |
| City and County | Battle Creek Calhoun |
| State and Zip Code | Michigan 49014 |
| Telephone Number | |
| E-mail Address | Starr45worldwide@icloud.com |

### B. The Defendant(s)

Provide the infomation below for each defendant named in the complaint, whether the defendant is an individual, a govemment agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | 10TH District Court For The County of Calhoun |
| Job or Title *(if known)* | |
| Street Address | 161 E. Michigan Ave |
| City and County | Battle Creek Calhoun |
| State and Zip Code | Michigan 49014 |
| Telephone Number | 269-969-6678 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Clerk of Court |
| Job or Title *(if known)* | |
| Street Address | 161 E. Michigan Ave |
| City and County | Battle Creek Calhoun |
| State and Zip Code | Michigan 49014 |
| Telephone Number | 269-969-6678 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. United States Constitution Amendments V, VI, VIII, XIV, and United States Constitution Article VI National Supremacy.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________ is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 10th District Court For The County of Calhoun, Battle Creek, MI. Clerk Of Court 161 E. Michigan Ave Battle Creek, MI 49014.

B. What date and approximate time did the events giving rise to your claim(s) occur? The case was generated by arrest 12/7/2025. The Plaintiff was not arraigned until roughly 2/3/2026. Dates may be a little off but Plaintiff is being refused access to any records of the case. The duration of the whole case 07/21/2026, 08/21/2026, 08/27/2026, 10/14/2026 the future date of 11/4/2026, and 12/9/2026. The present life of the case.

# III. Statement of Claim

C. He was refused his right by BRIAN PAUL FISH, and sent back to Calhoun County Correctional Center. Plaintiff has refused to take the plea offered, and prosecution refuses to go to trial. Plaintiff has requested Register of Action, and any transcripts for the case through writing to the Clerk of Court, and has been ignored. Also plaintiff has requested information electronically through the jail system where he has been incarcerated. He has not received the information necessary, and is now being ignored. Plaintiff has filed a grievance with the State of Michigan Attorney Grievance Commission on Brian Paul Fish AGC File No. 26-2436 and also on David E. Gilbert.

Plaintiff believes they are delaying the case for the sake of delaying the case. Plaintiff has been left with no choice but to bring this to the attention of a higher court. The case has been set for trial at least 5 times, and 2 hearings that were also supposed to be trial dates all the up to present day of this complaint. Plaintiff is being refused any speedy resolution of the

III. C. Also plaintiff is being refused any Kind of acknowledgement by the Clerk of Court. Plaintiff is being made to do all of the time on the case without being sentenced, and being refused bail on the case even though plaintiff is eligible. Plaintiff's state and federal constitutional rights are being deprived adequate due process rights. There are multiple prongs, and factors when it comes to a speedy trial and speedy resolution. This can be referenced in Appendix G of this complaint which is based off Moore v. Arizona 8212 5002, 414 U.S. 25, 94 S.Ct 188, 38 L.Ed.2d 180 (1973) There has been no promptness when it comes to the delay of the whole case stated in County of Riverside v. McLaughlin, 500 U.S. 44 (1991) in a sense this case is being delayed for the sake of delaying the case. Plaintiff has included filings as "Appendix A through G."

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Plaintiff's rights have been violated for the whole duration of Case No. C2515402 SD in the 10th District for County Of Calhoun. Plaintiff has not been allowed to attend any court hearings. You will not find the Plaintiff on audio or video record during the case. Plaintiff has not been given any chance to consent, or contest any adjournments between BRIAN PAUL FISH P-79587 or DAVID E GILBERT P-41934. Plaintiff was on record for the arraignment, and that is it. Plaintiff has filed multiple motions including ineffective assistance, and has been ignored. Plaintiff asked to go into court room on 10/14/2026 and address Paul K. Beardslee, judge in the case, and denied.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Plaintiff is not Stating that monetary compensation would not be adequate at a later time. Plaintiff is not asking for it currently because plaintiff is incarcerated in the custody of Calhoun County. Plaintiff fears legal and possibly physical retaliation that could arise in the present or future, stemming from the filing of this complaint.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff is asking for an order for an injunction from a higher court stating that Plaintiff is either entitled to an immediate dismissal of case, or an immediate trial of the case. Also the procurement of the plaintiff's rights under the Constitution, and national supremacy.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/28/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff JULIUS TYRONE MOORE

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

# PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to this cause by Julius Moore with postage fully paid for at their respective addresses as disclosed by the pleadings of record herein.

18 U.S.C. 1746

[signature]

Julius Moore
185 E. Michigan Ave
Battle Creek, MI 49014

United States District Court
Western District of Michigan
110 Michigan St, NW 399
Grand Rapids, MI 49503
((Clerk of Court)